IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ROBERT STEVEN DUDLEY,
TDCJ-CID No. 1763466,

      Plaintiff,

v.                                                                                      2:23-CV-146-Z-BR

ADAM GONZALES, *et al.*,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge ("FCR") (ECF No. 37). No objections are on file. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct.

Therefore, it is **ORDERED** that the FCR is **ADOPTED**. Defendants' Motion to Dismiss Plaintiff's official capacity claims without prejudice pursuant to Rule 12(b)(1) is **GRANTED**. Defendants' Motion to Dismiss Plaintiff's individual capacity claims pursuant to Rule 12(b)(6) is also **GRANTED** as to Defendant Adam Gonzales. Defendants' Motion is **DENIED** as to Dudley's remaining claims.

      **SO ORDERED**.

      November 12, 2024.

                                            MATTHEW J. KACSMARYK
                                            UNITED STATES DISTRICT JUDGE